AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| KENNETH KLUTH, and STEPHEN SCHENK <br><br> *Plaintiff(s)* <br><br> v. <br><br> SANTANDER CONSUMER USA INC., and AUTO TRACKERS AND RECOVERY NORTH LLC <br><br> *Defendant(s)* | Civil Action No.  2:17-CV-0414 RSL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  1. Santander Consumer USA Inc., 1601 Elm Street, Ste 800, Dallas, TX 75201.

2.  Auto Trackers and Recovery North LLC,  250 Bentz Rd., Hayden, ID 83835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander Trueblood, Trueblood Law Firm, 1700 Seventh Ave, Suite 2100
Seattle, Washington 98101-1360
Telephone:  (206) 707-9685

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    03/17/2017

*Signature of Clerk or Deputy Clerk*